# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| CHARLIE BRANNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV608-050 |
| BILLY TOMPKINS, MARK CROSBY, ARTIS SINGLETON, RANDY K. TILLMAN, and DONALD PATRIE, | ) ) ) ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

In an order dated June 26, 2008, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return these forms by July 26, 2008 would result in a recommendation that this case be dismissed. (Id.) Since plaintiff has not returned the required forms, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 29th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA